The Honorable Tana Lin

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| In re: Radia, Inc., P.S. Data Security Litigation, | Lead Case No. 2:26-cv-02577-TL<br><br>**STIPULATED MOTION TO EXTEND DEADLINE TO FILE CONSOLIDATED COMPLAINT, STAY DEADLINES, AND [~~PROPOSED~~] ORDER**<br><br>**NOTE ON MOTION CALENDAR: October 2, 2026** |

In accordance with Western District of Washington Local Rule 7(j), Plaintiffs Dena Ruther, Patricia Hall, Marlana Kuper, Corinne Adams, Laura Sue Skalicky, Susan Bondurant, Trina Jennings, Ryan Carson, Lois Raske, John Gates, and Nancy Konovalov ("Plaintiffs") and Defendant Radia, Inc., P.S. ("Defendant"), together (the "Parties"), by and through their respective counsel of record, hereby stipulate and jointly request that Plaintiffs' deadline to file their Consolidated Class Action Complaint be extended an additional thirty-one (31) days from the current deadline to November 16, 2026.

Between July 21, 2026, and August 7, 2026, Plaintiffs filed individual class action complaints against Defendant alleging injuries stemming from the same data incident. On August 17, 2026, the Court consolidated the various complaints into the above-captioned action and set September 16, 2026, as the deadline for Plaintiffs to file their consolidated class action complaint.



TOUSLEY BRAIN STEPHENS PLLC
1200 Fifth Avenue, Suite 1700
Seattle, Washington 98101
TEL. 206.682.5600 • FAX 206.682.2992

ECF #7 at 3. Currently, Plaintiffs' consolidated complaint is due October 16, 2026, pursuant to a stipulated extension and this Court's approval (Dkt No. 26). The parties recently agreed to mediate this action before experienced class action mediator Jill R. Sperber, Esq. of Judicate West on December 8, 2026. Accordingly, the parties have conferred and hereby stipulate and agree to an extension of the deadline for Plaintiffs to file a consolidated class action complaint until November 16, 2026.

For the reasons discussed above, the Parties also stipulate to stay all deadlines in this case until thirty (30) days after the mediation currently scheduled for December 8, 2026, including the FRCP 26(f) conference deadline, initial disclosures deadline, and the Joint Status Report deadline. The sole exception to this stay is Plaintiffs' deadline to file a consolidated class action complaint.

This is the second extension requested. A proposed order is submitted herewith.

DATED this 2nd day of October, 2026.

TOUSLEY BRAIN STEPHENS PLLC

By: *s/ Kim D. Stephens, P.S.*

Kim D. Stephens, P.S., WSBA #11984
kstephens@tousley.com
Cecily C. Jordan, WSBA #50061
cjordan@tousley.com
Arshia Nilchian, WSBA #64496
anilchian@tousley.com
1200 Fifth Avenue, Suite 1700
Seattle, Washington 98101
Telephone: 206.682.5600/Fax: 206.682.2992

*Interim Class Counsel - Plaintiff's Executive Committee Chair*

M. Anderson Berry
EMERY REDDY
600 Stewart Street, Suite 1100
Seattle, WA 98199
anderson@emeryreddy.com

Raina Borrelli, *admitted pro hac vice*
Sam Strauss, WSBA #46971
STRAUSS BORRELLI
980 N. Michigan Avenue, Suite 1610
Chicago, IL 60611
raina@straussborrelli.com
sam@straussborrelli.com

John J Nelson, *admitted pro hac vice*
MILBERG PLLC
280 S Beverly Drive
Penthouse
Beverly Hills, CA 90212
jnelson@milberg.com

James Pizzirusso, *admitted pro hac vice*
HAUSFELD LLP
1200 17th Street NW, Suite 600
Washington, DC 20036
jpizzirusso@hausfeld.com

Gerald Wells, III, *admitted pro hac vice*
LYNCH CARPENTER LLP
1760 Market Street, Suite 600
Philadelphia, PA 19103
jerry@lcllp.com

*Interim Class Counsel - Plaintiff's Executive Committee*

By: *s/Cornelia Brandfield-Harvey*
Cornelia Brandfield-Harvey, WSBA #59746
BAKER & HOSTETLER LLP
999 3rd Ave, Suite 3900
Seattle, WA 98104
206-332-1380
cbrandfieldharvey@bakerlaw.com

Sean B Solis, *admitted pro hac vice*
BAKER & HOSTETLER LLP
1801 California Street, Suite 4400
Denver, CO 80202
303-764-4088
ssolis@bakerlaw.com

*Counsel for Defendant*

## [~~PROPOSED~~] ORDER

This matter comes before the Court on the Parties' Stipulated Motion for Extension of Deadline to File a Consolidated Class Action Complaint and Stay Deadlines (the "Motion"). Having reviewed the Motion, the Court finds good cause to grant the Motion as follows: All deadlines in this case are stayed until January 7, 2027, with the sole exception of Plaintiffs' deadline to file a consolidated class action complaint, which is extended until November 16, 2026.

IT IS SO ORDERED.

DATED this 5th day of October, 2026.

THE HONORABLE TANA LIN
UNITED STATES DISTRICT JUDGE



TOUSLEY BRAIN STEPHENS PLLC
1200 Fifth Avenue, Suite 1700
Seattle, Washington 98101
TEL. 206.682.5600 • FAX 206.682.2992